**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **DAVID TUREIKAS**            :            **CHAPTER 13**
                                                          :
      **Debtor**                               :            **NO. 18-13797**

**ORDER**

AND NOW, this   25th        day of   June          , 2018, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an additional sixteen (16) days **or until July 7,**

**2018** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and

Chapter 13 Plan.

_____
Ashely M. Chan
United States Bankruptcy Judge

Copies to:

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA    19020

U.S. Trustee's Office
833 Chestnut St., Ste. 500
Philadelphia, PA 19106

Trustee

Debtor