**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter   13 |
| David Tureikas | : | |
| Debtor | : | Bankruptcy No. 18-13797  amc |

**ORDER**

AND NOW, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *6/25/2018*, this case is hereby DISMISSED.

Date:  **July 17, 2018**

Ashely M. Chan
*United States Bankruptcy Judge*

*Missing Documents:*

Statement of Financial Affairs                    *(due 7/07/2018)*
Schedules A/B, C, D, E/F, G, H, I, J
Chapter 13 Plan
Summary of Assets and Liabilities Form B106Sum
Disclosure Statement of Attorney Compensation
Chapter 13 Statement of Current Monthly Income Form 122C-1
Means Test Calculation Form 122C-2