United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13797-amc
David Tureikas                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia             Page 1 of 1              Date Rcvd: Jul 17, 2018
                              Form ID: pdf900            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db           +David Tureikas,    7 Valentine Lane,    Levittown, PA 19054-1201
14119025     +Bucks Co Drs,    30 E Court St,    Doylestown, PA 18901-4319
14119028     +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
14119029     +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14124251     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14119034     +The Bureaus Inc,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
14119035     +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14119036     +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:54      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:34:34
               The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
14119027        E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:49      Cavalry Portfolio Services,
               Po Box 27288,    Tempe, AZ 85285
14119026       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:48      Cavalry Portfolio Services,
               Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14120806       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:49      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14119030       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:16:21      Kohls/Capital One,
               Kohls Credit,    Po Box 3043,   Milwaukee, WI 53201-3043
14119031       +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 18 2018 02:16:21      Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14119033        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:16:00
               Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
14119032        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:15:34
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14123708       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:16:00
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                 Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor David  Tureikas support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                :          Chapter   13

David Tureikas                                        :

    Debtor                            :          Bankruptcy No. 18-13797  amc

**ORDER**

    AND NOW, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *6/25/2018*, this case is hereby DISMISSED.

Date:  **July 17, 2018**

    Ashely M. Chan
    *United States Bankruptcy Judge*

*Missing Documents:*

    Statement of Financial Affairs                        (due 7/07/2018)
    Schedules A/B, C, D, E/F, G, H, I, J
    Chapter 13 Plan
    Summary of Assets and Liabilities Form B106Sum
    Disclosure Statement of Attorney Compensation
    Chapter 13 Statement of Current Monthly Income Form 122C-1
    Means Test Calculation Form 122C-2